**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

ANA L. ROSERO,

                Plaintiff,                      23 **CIVIL** 8394 (DEH)(BCM)

        -v-                                          **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 10, 2024, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings, to include the opportunity for a hearing and a decision.

**Dated:**  New York, New York
           April 10, 2024

                                                              **RUBY J. KRAJICK**

                                                                **Clerk of Court**

                                  **BY:**      *K. Mango*

                                                                **Deputy Clerk**